UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHANE CHESSER, | : | |
| | : | **Case No. 1:23-cv-00706** |
| Plaintiff, | : | |
| | : | **Judge: Hon. Michael R. Barrett** |
| vs. | : | |
| | : | |
| PLUMB TITE, LLC, et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |

This matter is before the Court on the Parties Joint Motion to Approve Settlement (Doc. No. 11), which is hereby **GRANTED**. In connection therewith, the Court **ORDERS** as follows:

1. The proposed resolution of this matter as detailed in the Settlement Agreement and General Release (Doc. No 11, Exhibit A) is **APPROVED**.

2. Within twenty-one (21) calendar days of this Order, Defendants shall pay Shane Chesser the settlement payment set forth in Section 3 of the Settlement Agreement and General Release (Doc. No 11, Ex. A).

3. Within twenty-one (21) calendar days of this Order, Defendants shall make a payment to Finney Law Firm for attorneys' fees and costs as set forth in Section 3 of Settlement Agreement and General Release (Doc. No 11, Ex. A).

4. This matter is **DISMISSED WITH PREJUDICE**, except that the Court shall retain jurisdiction for enforcement of the settlement.

    s/*Michael R. Barrett*
Judge Michael R. Barrett
United States District Judge